1058

him to show cause why he should not be disbarred from the practice of law in this Court.

No. 96–8963. JARRETT v. TOXIC ACTION WASH ET AL., 522 U. S. 827;

No. 97–9361. JONES v. UNITED STATES, *ante*, p. 373;

No. 98–10. JEFFERSON COUNTY, ALABAMA v. ACKER, SENIOR JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, ET AL., *ante*, p. 423;

No. 98–1481. KOSTER v. UNITED STATES, *ante*, p. 1021;

No. 98–1672. MEADE v. PEP BOYS MANNY MOE & JACK, INC., ET AL., *ante*, p. 1005;

No. 98–1680. SKURNICK v. RAAKE, *ante*, p. 1036;

No. 98–1703. BRAZELL v. SAVANNAH ELECTRIC & POWER CO., *ante*, p. 1036;

No. 98–1787. ESTATE OF OLIVER, DECEASED, BY RICHARDSON, PERSONAL REPRESENTATIVE v. FLORIDA ET AL., *ante*, p. 1038;

No. 98–1793. KOLB v. TEXAS, *ante*, p. 1005;

No. 98–1814. CANNINGS v. LIBRARIAN OF CONGRESS ET AL.; CANNINGS v. LIBRARIAN OF CONGRESS ET AL.; and EVELYN v. LIBRARIAN OF CONGRESS ET AL., *ante*, p. 1038;

No. 98–1815. DACHMAN v. UNITED STATES, *ante*, p. 1038;

No. 98–1830. RICHARDSON v. ALBERTSON'S, INC., ET AL., *ante*, p. 1038;

No. 98–1873. IN RE FONT, *ante*, p. 1039;

No. 98–7589. KING v. POPPELL ET AL., 526 U. S. 1117;

No. 98–7670. PETREYKOV ET AL. v. SPITZER, ATTORNEY GENERAL OF NEW YORK, ET AL., 525 U. S. 1167;

No. 98–8077. KING v. UPSHAW, WARDEN, ET AL., 526 U. S. 1072;

No. 98–8352. SHIVAEE v. VIRGINIA ET AL., 526 U. S. 1101;

No. 98–8426. LOFTIS v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 526 U. S. 1119;

No. 98–8444. PATMON v. OKLAHOMA ET AL., 526 U. S. 1120;

No. 98–8468. IN RE ARTIS, 526 U. S. 1049;

No. 98–8677. MOORE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 526 U. S. 1103;

No. 98–8678. MINNIECHESKE v. SHAWANO COUNTY ET AL., 526 U. S. 1148;

No. 98–8736.   IN RE WILLIAMS LEWIS, 526 U. S. 1144;

No. 98–8843.   PEARSON v. CATOE, 526 U. S. 1162;

No. 98–8874.   DUCKWORTH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1007;

No. 98–8933.   VISINTINE v. UNITED STATES, *ante*, p. 1008;

No. 98–8983.   RIVES v. COUNTY OF MONMOUTH ET AL., *ante*, p. 1024;

No. 98–9062.   JORDAN v. MISSISSIPPI, *ante*, p. 1026;

No. 98–9097.   OLICK v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL., *ante*, p. 1040;

No. 98–9127.   HARRIS v. BALLARD ET AL., *ante*, p. 1041;

No. 98–9131.   MANTILLA v. UNITED STATES, 526 U. S. 1152;

No. 98–9140.   TRAVIS v. OHIO, *ante*, p. 1041;

No. 98–9142.   BURNS v. MISSISSIPPI, *ante*, p. 1041;

No. 98–9195.   PARISE v. UNITED STATES, 526 U. S. 1164;

No. 98–9278.   MARTINI v. ROSEWELL ET AL., *ante*, p. 1010;

No. 98–9496.   CHAMBERS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 1029; and

No. 98–9567.   SMITH v. MISSISSIPPI, *ante*, p. 1043. Petitions for rehearing denied.

No. 98–6022.   ROSENTHAL v. BANKS, ADMINISTRATIVE APPEALS JUDGE, DEPARTMENT OF HEALTH AND HUMAN SERVICES, 525 U. S. 972. Motion for leave to file petition for rehearing denied.

AUGUST 30, 1999

No. 99–105.   SOUTHERN UNION CO. v. MORSE.   C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.1.

AUGUST 31, 1999

No. 99–6003 (A–177).   IN RE LEISURE.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–9808 (A–102).   JONES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.